IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01073-WYD-BNB

FIDEL G. RAMOS,

    Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for Colorado Department of Corrections,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendant [sic] of Arrowhead Correctional Facility,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 2 2007

GREGORY C. LANGHAM
CLERK

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 6/29/07

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01073-WYD-BNB

Fidel G. Ramos
Prisoner No. 41238
FMCC - Unit B-U-N-08
PO Box 200
Cañon City, CO 81215- 0200

US Marshal Service
Service Clerk
Service forms for: Bill Owens, Joseph Ortiz

Barry Pardus and Carl Zenon -  WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Barry Pardus and Carl Zenon; to the United States Marshal Service for service of process on Bill Owens, and Joseph Ortiz; and to John Suthers: COMPLAINT FILED 05/22/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 7/2/07.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk