IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01073-WYD-BNB

FIDEL G. RAMOS,

Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for Colorado Department of Corrections,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendant [sic] of Arrowhead Correctional Facility,

Defendants..
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion of Notification . . . in the Instant Case** [Doc. #38, filed 11/1/07] (the "Motion"). The plaintiff requests that the Court inform defense counsel regarding the manner in which he may contact the plaintiff. The plaintiff does not need to involve the Court in this matter; he may contact defense counsel himself.

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that, in the future, titles to all motions and other papers shall not exceed ten words.

Dated November 2, 2007.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge