IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01073-WYD-BNB

FIDEL G. RAMOS,

Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director for Colorado Department of Corrections,
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections,
BARRY PARDUS, Medical Director for Colorado Department of Corrections, and
CARL ZENON, Superintendant [sic] of Arrowhead Correctional Facility,

Defendants..
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion Requesting Appointment of Counsel /or/ Alternative** [sic] **to Assist Plaintiff in the Response of Defendant's Opening Brief that is Due to be Filed on October 7, 2007** [Doc. #36, filed 10/30/07] (the "Motion").  The plaintiff seeks appointment of counsel to assist him in this matter.[1]

The plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915 in a prisoner's civil rights case.  Counsel cannot be appointed and paid pursuant to 28 U.S.C. § 1915(e)(1) for this type of case.  I do, however, have broad discretion to direct the Clerk of the Court to attempt to obtain volunteer counsel for a plaintiff in a civil case.  See DiCesare v. Stuart, 12 F.3d 973, 979 (10th Cir. 1993).  In making this decision, I consider the following factors: (1) the merits of the

---

[1] The plaintiff does not seek an extension of time to file his response to the defendants' motion to dismiss; he seeks only appointment of counsel.

litigant's claims, (2) the nature of the factual issues raised in the claims, (3) the litigant's ability to present his claims, and (4) the complexity of legal issues raised by the claims.  See Rucks v. Boergermann, 57 F.3d 978, 979 (10th Cir. 1995).

Here, the plaintiff's Complaint adequately presents his claims.  The factual and legal issues raised by the plaintiff's claims are not complex.  In addition, the allegations of the Complaint do not convince me that the plaintiff's chances of succeeding on the merits are strong.  Consequently,

IT IS ORDERED that the Motion is DENIED.

Dated November 7, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge