IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-01073-WYD-BNB

FIDEL G. RAMOS,

　　　Plaintiff,

v.

BILL OWENS, Governor & Chief Executive Director, for Colorado Department of Corrections;
JOSEPH ORTIZ, Executive Director of Colorado Department of Corrections;
BARRY PARDUS, Medical Director, for Colorado Department of Corrections; and
CARL ZENON, Superintendent, of Arrowhead Correctional Facility,

　　　Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on pro se Plaintiff's Motion to Withdraw Complaint (filed November 23, 2007). Plaintiff seeks to withdraw the complaint in this matter, which I construe as a motion to dismiss the case. Having reviewed the motion and being fully advised in the premises, it is

ORDERED that the Motion to Withdraw Complaint is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

　　　Dated: December 3, 2007

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　U. S. District Judge